UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                           §      Case No. 08-14525 RLB
BOND, DEREK KYLE                 §
BOND, MARY RYAN                  §
                                 §
            Debtors              §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter     of the United States Bankruptcy Code on
   .  The undersigned trustee was appointed on                    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S. C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                              $

    Funds were disbursed in the following amounts:

    Administrative expenses
    Payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor

    Leaving a balance on hand of                                      $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was                    . All claims of each class which will receive a distribution have been examined and any objections to the allowance of

claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____ .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $ _____ as interim compensation and now requests a sum of $ _____ , for a total compensation of $ _____ .  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ _____ , and now requests reimbursement for expenses of $ _____ , for total expenses of $ _____ .

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/JANICE D. LOYD_____
                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
ASSET CASES

Page: 1
Exhibit A

| Case No: | 08-14525 | RLB | Judge: RICHARD L. BOHANON | Trustee Name: | JANICE D. LOYD |
|---|---|---|---|---|---|
| Case Name: | BOND, DEREK KYLE | | | Date Filed (f) or Converted (c): | 10/12/08 (f) |
| | BOND, MARY RYAN | | | 341(a) Meeting Date: | 11/10/08 |
| For Period Ending: | 08/07/09 | | | Claims Bar Date: | 05/26/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. HOMESTEAD | 65,000.00 | 0.00 | DA | 0.00 | FA |
| 2. REAL PROPERTY - GRADY COUNTY | 57,000.00 | 0.00 | DA | 0.00 | FA |
| 3. CASH | 15.00 | 0.00 | DA | 0.00 | FA |
| 4. SON'S PIGGY BANK | 20.00 | 0.00 | DA | 0.00 | FA |
| 5. FNB CHECKING ACCOUNT | 0.00 | 0.00 | DA | 0.00 | FA |
| 6. FNB-SAVINGS ACCOUNT | 0.00 | 0.00 | DA | 0.00 | FA |
| 7. HOUSEHOLD GOODS | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 8. HOUSEHOLD GOODS | 600.00 | 0.00 | DA | 0.00 | FA |
| 9. CLOTHING | 300.00 | 0.00 | DA | 0.00 | FA |
| 10. WEDDING BANDS | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 11. JEWELRY | 100.00 | 0.00 | DA | 0.00 | FA |
| 12. SPORTS EQUIPMENT | 800.00 | 0.00 | DA | 0.00 | FA |
| 13. 1997 FORD EXPLORER | 5,925.00 | 0.00 | DA | 0.00 | FA |
| 14. 2001 DODGE DURANGO | 6,550.00 | 0.00 | DA | 0.00 | FA |
| 15. TWO DOGS | 200.00 | 0.00 | DA | 0.00 | FA |
| 16. TAX REFUNDS (u) | 0.00 | 2,226.12 | | 2,226.12 | FA |
| 17. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.25 | FA |
| TOTALS (Excluding Unknown Values) | $142,010.00 | $2,226.12 | | $2,226.37 | Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE REVIEWING CASE FOR 2008 TAX REFUNDS.
02/23/09 - BAR DATE REQUESTED.
02/23/09 - APPLICATION FOR AUTHORITY TO EMPLOY ATTORNEY FOR TRUSTEE FILED.
BAR DATE 5-26-09.
03/02/09 - ORDER ENTERED AUTHORIZING EMPLOYMENT OF ATTORNEY FOR TRUSTEE.
06/22/09 - OBJECTIONS TO SECURED CLAIMS AND NOTICE OF HEARING FILED. HEARING SET 7-29-09.
07/27/09 - ORDERS ENTERED DISALLOWING CLAIMS.
08/05/09 - APPLICATIONS FOR FEES FOR ATTORNEY FOR TRUSTEE AND TRUSTEE FILED.
08/06/09 - ORDERS ENTERED AUTHORIZING FEES FOR ATTORNEY FOR TRUSTEE AND TRUSTEE.
FINAL REPORT SUBMITTED TO AUST.

Initial Projected Date of Final Report (TFR): 10/12/11      Current Projected Date of Final Report (TFR): 10/12/11

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 08-14525 -RLB | Trustee Name: | JANICE D. LOYD |
|---|---|---|---|
| Case Name: | BOND, DEREK KYLE | Bank Name: | BANK OF AMERICA, N.A. |
|  | BOND, MARY RYAN | Account Number / CD #: | *******7439  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6909 |  |  |
| For Period Ending: | 08/07/09 | Blanket Bond (per case limit): | $ 7,656,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 |  | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 03/02/09 | 16 | DEREK & MARY BOND | TAX REFUND | 1224-000 | 2,226.12 |  | 2,226.12 |
| 03/31/09 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 |  | 2,226.14 |
| 04/30/09 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.05 |  | 2,226.19 |
| 05/29/09 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.05 |  | 2,226.24 |
| 06/02/09 | 001001 | INTERNATIONAL SURETIES LTD. | BOND #016018042 | 2300-000 |  | 2.37 | 2,223.87 |
|  |  | 701 POYDRAS STREET, STE 420 |  |  |  |  |  |
|  |  | NEW ORLEANS, LA  70139 |  |  |  |  |  |
| 06/30/09 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.06 |  | 2,223.93 |
| 07/31/09 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.06 |  | 2,223.99 |
| 08/05/09 | 17 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 |  | 2,224.00 |
| 08/05/09 |  | Transfer to Acct #*******6654 | Final Posting Transfer | 9999-000 |  | 2,224.00 | 0.00 |

| Account | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| *******7439 | 1 | Deposits | 2,226.12 | 1 | Checks | 2.37 |
|  | 6 | Interest Postings | 0.25 | 0 | Adjustments Out | 0.00 |
|  |  |  |  | 1 | Transfers Out | 2,224.00 |
|  |  | Subtotal | $ 2,226.37 |  |  |  |
|  |  |  |  |  | Total | $ 2,226.37 |
|  | 0 | Adjustments In | 0.00 |  |  |  |
|  | 0 | Transfers In | 0.00 |  |  |  |
|  |  | Total | $ 2,226.37 |  |  |  |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 08-14525 -RLB | Trustee Name: | JANICE D. LOYD |
|---|---|---|---|
| Case Name: | BOND, DEREK KYLE | Bank Name: | BANK OF AMERICA, N.A. |
| | BOND, MARY RYAN | Account Number / CD #: | *******6654  Checking - Non Interest |
| Taxpayer ID No: | *******6909 | | |
| For Period Ending: | 08/07/09 | Blanket Bond (per case limit): | $ 7,656,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/05/09 | | Transfer from Acct #*******7439 | Transfer In From MMA Account | 9999-000 | 2,224.00 | | 2,224.00 |
| 08/06/09 | 000101 | JANICE D. LOYD<br>BELLINGHAM, COLLINS & LOYD<br>2050 OKLAHOMA TOWER<br>210 PARK AVENUE<br>OKC, OK  73102 | ATTY FEES  PER ORDER 8/6/09 | 3110-000 | | 820.00 | 1,404.00 |

|  | Account<br>*******6654 | Balance Forward | | 0.00 | | | |
|---|---|---|---|---|---|---|---|
| | | 0 Deposits | | 0.00 | 1 Checks | | 820.00 |
| | | 0 Interest Postings | | 0.00 | 0 Adjustments Out | | 0.00 |
| | | | | | 0 Transfers Out | | 0.00 |
| | | Subtotal | $ | 0.00 | | | |
| | | 0 Adjustments In | | 0.00 | Total | $ | 820.00 |
| | | 1 Transfers In | | 2,224.00 | | | |
| | | Total | $ | 2,224.00 | | | |

| Report Totals | Balance Forward | | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 1 Deposits | | 2,226.12 | 2 Checks | | 822.37 |
| | 6 Interest Postings | | 0.25 | 0 Adjustments Out | | 0.00 |
| | | | | 1 Transfers Out | | 2,224.00 |
| | Subtotal | $ | 2,226.37 | | | |
| | | | | Total | $ | 3,046.37 |
| | 0 Adjustments In | | 0.00 | | | |
| | 1 Transfers In | | 2,224.00 | | | |
| | Total | $ | 4,450.37 | Net Total Balance | $ | 1,404.00 |

PFORM2T4

UST Form 101-7-TFR (4/1/2009) *(Page: 5)*

Ver: 14.31c

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 08-14525 | Page 1 | | Date: August 07, 2009 |
|---|---|---|---|---|
| Debtor Name: | BOND, DEREK KYLE | Claim Type Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 999<br>2300-00 | INTERNATIONAL SURETIES LTD.<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS, LA  70139 | Administrative | | $2.37 | $2.37 | $0.00 |
| 001<br>3110-00 | JANICE D. LOYD<br>BELLINGHAM, COLLINS & LOYD<br>2050 OKLAHOMA TOWER<br>210 PARK AVENUE<br>OKC, OK  73102 | Administrative | | $820.00 | $820.00 | $0.00 |
| 000003<br>050<br>4110-00 | U.S. Bank, N.A.<br>4801 Frederica Street<br>Owensboro, KY 42301 | Secured | Filed 04/22/09 | $59,928.44 | $0.00 | $59,928.44 |
| 000001<br>050<br>4210-00 | Focus Credit Union<br>420 NE 10th<br>Oklahoma City OK 73104 | Secured | Filed 10/30/08 | $1,276.58 | $0.00 | $1,276.58 |
| 000002A<br>050<br>4210-00 | The Focus Federal Cu<br>420 Ne 10th St<br>Oklahoma City OK 73104 | Secured | Filed 10/30/08 | $769.61 | $0.00 | $769.61 |
| 000002B<br>050<br>4210-00 | The Focus Federal Cu<br>420 Ne 10th St<br>Oklahoma City OK 73104 | Secured | Filed 10/30/08 | $10,050.00 | $0.00 | $10,050.00 |
| 000004<br>070<br>7100-00 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba CARE CREDIT/GEMB<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Unsecured | Filed 05/13/09 | $3,941.24 | $0.00 | $3,941.24 |
| 000005<br>070<br>7100-00 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Unsecured | Filed 05/22/09 | $3,289.39 | $0.00 | $3,289.39 |
| | Case Totals: | | | $80,077.63 | $822.37 | $79,255.26 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-14525 RLB  
Case Name: BOND, DEREK KYLE  
             BOND, MARY RYAN  
Trustee Name: JANICE D. LOYD

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: JANICE D. LOYD | $_____ | $_____ |
| Attorney for trustee: | $_____ | $_____ |
| Appraiser: | $_____ | $_____ |
| Auctioneer: | $_____ | $_____ |
| Accountant: | $_____ | $_____ |
| Special Attorney for trustee: | $_____ | $_____ |
| Charges: | $_____ | $_____ |
| Fees: | $_____ | $_____ |
| Other: | $_____ | $_____ |
| Other: | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | _____ | $_____ | $_____ |
| *Attorney for:* | _____ | $_____ | $_____ |
| *Accountant for:* | _____ | $_____ | $_____ |
| *Appraiser for:* | _____ | $_____ | $_____ |
| *Other:* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000004* | *Recovery Management Systems Corporation* | $_____ | $_____ |
| *000005* | *Chase Bank USA NA* | $_____ | $_____ |

*Claim Number*      *Claimant*                                  *Allowed Amt. of Claim*    *Proposed Payment*
_____    _____          $_____          $_____

      Late filed general (unsecured) claims are as follows:

*Claim Number*      *Claimant*                                  *Allowed Amt. of Claim*    *Proposed Payment*
_____    _____          $_____          $_____
_____    _____          $_____          $_____
_____    _____          $_____          $_____

      Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

*Claim Number*      *Claimant*                                  *Allowed Amt. of Claim*    *Proposed Payment*
_____    _____          $_____          $_____
_____    _____          $_____          $_____
_____    _____          $_____          $_____

      The amount of surplus returned to the debtor after payment of all claims and interest is $_____ .